NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY P. LANE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

---

2014-5081

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00571-MCW, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**O R D E R**

Anthony P. Lane moves for leave to proceed in forma pauperis.

This court notes that the United States Court of Federal Claims permitted Lane to proceed in forma pauperis. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), Lane may proceed in forma pauperis on appeal without further authorization.

2                                                      LANE v. US

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.  No fee payment is required for this appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24